IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

PATRICIA DIANA SLOAN, )
)
v. ) 2:10-00104
)
MICHAEL J. ASTRUE, Commissioner of Social )
Security. )

## O R D E R

The Court has considered the Report and Recommendation of Magistrate Judge Knowles, Document #19, and the pro se objections filed by Plaintiff, Document #21.

The decision of the Commissioner is supported by substantial evidence and the legal conclusions are correct. The Report and Recommendation is therefore adopted as the findings and conclusions of the Court.

The Plaintiff's Motion for Judgment on the Administrative Record, Document #13, is **DENIED**, and the decision of the Commissioner is **AFFIRMED**. This case is **DISMISSED.**

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge